AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Register of Copyrights          U.S. District Court for the Western District of Pennsylvania

U.S. Copyright Office           700 Grant Street

101 Independence Ave. S.E.      Pittsburgh, Pennsylvania 15219

Washington, D.C. 20559-6000

PLAINTIFF:                                          DEFENDANT:

ROGER HALL                   25-cv-1838             SCHEDULE A DEFENDANTS, et al.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6  VA 2-453-750 | Freshwater Turtles of the World (Antique) | ROGER HALL |
| 7  VA 2-453-756 | Frogs of North America (Antique) | ROGER HALL |
| 8  VA 2-453-775 | Venomous Snakes of the United States (Antique) | ROGER HALL |
| 9  VA 2-453-743 | Box Turtles of North America | ROGER HALL |
| 10 VA 2-453-759 | Horse Breeds of the World | ROGER HALL |
| 11 VA 2-453-744 | Chameleons of the World (Antique) | ROGER HALL |
| 12 VA 2-453-806 | Hummingbirds of the World (Antique) | ROGER HALL |
| 13 VA 2-453-769 | Snakes of the World (Antique) | ROGER HALL |
| 14 VA 2-453-758 | Frogs the World (Antique) | ROGER HALL |
| 15 VA 2-453-812 | Octopus of the World (Antique) | ROGER HALL |
| 16 VA 2-453-742 | Black Rhinoceros | ROGER HALL |
| 17 VA 2-453-747 | Dragonflies of the World | ROGER HALL |
| 18 VA 2-453-808 | Land Mammals of Maine | ROGER HALL |
| 19 VA 2-453-770 | Songbirds of Tennessee | ROGER HALL |
| 20 VA 2 -453-810 | Lizards of the World | ROGER HALL |
| 21 VA 2-453-772 | Tortoises of the World (Antique) | ROGER HALL |

In the above-entitled case, the following copyright(s) have been included:

COPYRIGHT            TITLE OF WORK                          AUTHOR OR WORK

REGISTRATION NO.

| | | | |
|---|---|---|---|
| 4 | VA 2-453-813 | Penguins of The World | ROGER HALL |
| 5 | VA 2-453-761 | Poison Dart Frogs | ROGER HALL |
| 6 | VA 2-453-750 | Freshwater Turtles of the World (Antique) | ROGER HALL |
| 7 | VA 2-453-756 | Frogs of North America (Antique) | ROGER HALL |
| 8 | VA 2-453-775 | Venomous Snakes of the United States (Antique) | ROGER HALL |
| 9 | VA 2-453-743 | Box Turtles of North America | ROGER HALL |
| 10 | VA 2-453-759 | Horse Breeds of the World | ROGER HALL |
| 11 | VA 2-453-744 | Chameleons of the World (Antique) | ROGER HALL |
| 12 | VA 2-453-806 | Hummingbirds of the World (Antique) | ROGER HALL |
| 13 | VA 2-453-769 | Snakes of the World (Antique) | ROGER HALL |
| 14 | VA 2-453-758 | Frogs the World (Antique) | ROGER HALL |
| 15 | VA 2-453-812 | Octopus of the World (Antique) | ROGER HALL |
| 16 | VA 2-453-742 | Black Rhinoceros | ROGER HALL |
| 17 | VA 2-453-747 | Dragonflies of the World | ROGER HALL |
| 18 | VA 2-453-808 | Land Mammals of Maine | ROGER HALL |
| 19 | VA 2-453-770 | Songbirds of Tennessee | ROGER HALL |
| 20 | VA 2 -453-810 | Lizards of the World | ROGER HALL |
| 21 | VA 2-453-772 | Tortoises of the World (Antique) | ROGER HALL |