COPYRIGHT,TK

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:25-cv-01838-RJC

HALL v. SCHEDULE A DEFENDANTS
Assigned to: Judge Robert J. Colville
Cause: 17:501 Copyright Infringement

Date Filed: 11/28/2025
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**ROGER HALL**

represented by **Stanley D. Ference , III**
Ference & Associates
409 Broad Street
Pittsburgh, PA 15143
(412) 741-8400
Email: courts@ferencelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCHEDULE A DEFENDANTS**

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/28/2025 | 1 | ☐ | COMPLAINT against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9220400), filed by ROGER HALL. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Ference, Stanley) (Entered: 11/28/2025) |
| 11/28/2025 | | | Judge Robert J. Colville added. (cel) (Entered: 12/01/2025) |
| 12/01/2025 | | | **CLERK'S REQUEST FOR CORRECTIVE ACTION** re 1 COMPLAINT. ERROR: Filer must submit AO 121 Report on the Filing or Determination of an Action or appeal Regarding a Copyright. **CORRECTION: Filer advised to file the Notice within 7 days. The link to the report can be found under Other Forms at: http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx** (cel) (Entered: 12/01/2025) |
| 12/07/2025 | 2 | ☐ | AO 121 NOTICE by ROGER HALL (Attachments: # 1 Additional Register copyrights) (Ference, Stanley) (Entered: 12/07/2025) |
| 12/07/2025 | 3 | ☐ | Disclosure Statement identifying NONE as corporate parent or other affiliate by ROGER HALL. (Ference, Stanley) (Entered: 12/07/2025) |
| 12/07/2025 | 4 | ☐ | MOTION for Leave to File Documents Under Seal by ROGER HALL. (Attachments: # 1 Proposed Order) (Ference, Stanley) (Entered: 12/07/2025) |

View Selected

or

Download Selected